**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                        CASE NO. 6:06-CR-177-ORL-19JGG

KEITH W. WARNER

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 28, filed November 21, 2006) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 28) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Keith W. Warner has entered a plea of guilty to Counts 24 and 36 of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts 24 and 36 of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 25, filed November 20, 2006) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   28th   day of November, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy